1  ANDREW I. PORT (SBN: 120977)
   aport@grsm.com
2  LEA M. LUTERSTEIN (SBN: 337399)
   lluterstein@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
4  San Francisco, CA 94111
   Tel:   (415) 986-5900
5  Fax:   (415) 986-8054

6  Attorneys for Specially Appearing Defendant
   APL MARINE SERVICES, LTD.
7
   Aaron A. Hayes (SBN: 236122)
8  ahayes@ohaganmeyer.com
   O'HAGAN MEYER LLP
9  2560 Huntington Avenue, Suite 204
   Alexandria, VA 22303
10 Tel:   (415) 275-3541
   Fax:   (415) 578-6910
11
   Attorneys for Specially Appearing Defendant
12 JOHN FREDERICK DAYLOR

13 Gretchen M. Nelson (State Bar No. 112566)
   Carlos F. Llinás Negret (State Bar No. 284746)
14 NELSON & FRAENKEL LLP
   601 South Figueroa Street, Suite 2050
15 Los Angeles, CA 90017
   Tel:   213-622-6469
16 Fax:   213-622-6019
   Email: cllinas@nflawfirm.com
17 Email: gnelson@nflawfirm.com

18 Attorneys for Plaintiff
   MATTHEW RUSSO
19

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  MATTHEW RUSSO, | Case No. 3:24-cv-06300-MMC |
| 23              Plaintiff, | **STIPULATION TO TRANSFER VENUE TO U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION** |
| 24       v. | |
| 25  APL MARITIME LTD, APL MARINE SERVICES, LTD, AMERICAN PRESIDENT LINES, LLC, CMA CGM (AMERICA) LLC, CMA-CGM S.A., JOHN FREDERICK DAYLOR, | AND ORDER THEREON |
| 28              Defendants. | |

By and through their respective counsel of record, Plaintiff MATTHEW RUSSO ("Plaintiff") and Specially Appearing Defendants APL MARINE SERVICES, LTD., and JOHN FREDERICK DAYLOR ("Specially Appearing Defendants," and collectively with Plaintiff "the Parties") hereby agree and stipulate as follows:

WHEREAS Plaintiff filed a Complaint for Damages ("Complaint") on September 6, 2024 against Specially Appearing Defendants and other entities that have since been dismissed from this action, alleging causes of action for Jones Act negligence, unseaworthiness, intentional infliction of emotional distress, negligent infliction of emotional distress, sexual harassment, and the intentional tort of battery.

WHEREAS Specially Appearing Defendants were served with the Summons and Complaint in October 2024 and neither Defendant has responded to Plaintiff's Complaint to date.

WHEREAS the Parties have agreed, through their counsel and pursuant to 28 U.S.C. § 1404(a), to transfer venue of this action from the above-captioned Court to the United States District Court for the Eastern District of Virginia, Alexandria Division.

WHEREAS, as part of the Parties' meet and confer obligations, Specially Appearing Defendant APL MARINE SERVICES, LTD. informed Plaintiff it is headquartered in Virginia, and of its intention to file a motion to transfer venue to the Eastern District of Virginia;

WHEREAS, in pleadings seeking to continue his deadline to appear in this Action, Specially Appearing Defendant JOHN FREDERICK DAYLOR made representations to the Court he is not a Californian resident, and intended to challenge this Court's jurisdiction;

WHEREAS to avoid the expense and delay of motion practice between the Parties, a stipulated transfer will not result in prejudice to any of the Parties and will serve the convenience of the Parties and witnesses and the interest of justice;

WHEREAS, as a condition of the expedited transfer and change of venue, Plaintiff, and Specially Appearing Defendants APL MARINE SERVICES, LTD., and JOHN FREDERICK DAYLOR, agree to submit themselves to the personal jurisdiction and venue of the United States District Court for the Eastern District of Virginia;

WHEREAS, the parties agree that the Plaintiff's causes of action alleged in the Complaint [Dkt. 1], alleging Jones Act negligence, Unseaworthiness, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Sexual Harassment and Intentional Tort of Battery, were tolled when the Complaint was filed in the Northern District of California, on September 6, 2024 [Dkt.1], and agree that the tolling of Plaintiff's causes of action will remain through the period of time until this action is formally transferred and accepted by the Eastern District of Virginia

IT IS HEREBY STIPULATED AND AGREED:

1. The Parties agree to transfer venue of this action from the instant Court to the United States District Court for the Eastern District of Virginia, Alexandria Division.

IT IS SO STIPULATED.

Dated: December 30, 2024         GORDON REES SCULLY MANSUKHANI, LLP

By: /s/Andrew I. Port
ANDREW I. PORT
LEA M. LUTERSTEIN
Attorneys for Specially Appearing Defendant
APL MARINE SERVICES, LTD.

Dated: December 30, 2024         O'HAGAN MEYER LLP

By: /s/Aaron A. Hayes
AARON A. HAYES
Attorneys for Specially Appearing Defendant
JOHN FREDERICK DAYLOR

Dated: December 30, 2024         NELSON & FRAENKEL LLP

By: /s/Carlos F. Llinás Negret
GRETCHEN M. NELSON
CARLOS F. LLINÁS NEGRET
Attorneys for Plaintiff
MATTHEW RUSSO

**[PROPOSED] ORDER**

Pursuant to 28 U.S.C. § 1404(a) and the Stipulation between Plaintiff MATTHEW RUSSO and Specially Appearing Defendants APL MARINE SERVICES, LTD., and JOHN FREDERICK DAYLOR filed on December 30, 2024, the above-referenced case is hereby transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division.

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
JUDGE MAXINE M. CHESNEY

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111